# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00150-CR

**Robert Fullilove, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 57152, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Robert Fullilove, Jr., seeks to appeal from a judgment of conviction for possession of cocaine. The trial court has certified that this is a plea bargain case and Fullilove has no right of appeal, and also that Fullilove waived his right of appeal. *See* Tex. R. App. P. 25.2(a)(2); *Monreal v. State*, 99 S.W.3d 615, 622 (Tex. Crim. App. 2003); *see also Blanco v. State*, 18 S.W.3d 218, 220 (Tex. Crim. App. 2000). The appeal is dismissed. *See id*. rule 25.2(d).

_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:   March 28, 2006

Do Not Publish